UNITED STATES OF AMERICA

v.

ALI MOHAMMED ALI ABDULLAH

No.    1:26-mj-00112-JCN

## MOTION FOR DETENTION

The United States hereby moves for pretrial detention of the Defendant, ALI MOHAMMED ALI ABDULLAH, pursuant to 18 U.S.C. § 3142, and in support states as follows:

1. **Eligibility of Case.** This case is eligible for a detention order because the case involves:

    \_\_ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    \_\_\_ Crime of violence

    \_\_\_ Maximum sentence life imprisonment or death

    \_\_\_ 10+ year drug offense

    \_\_\_ Felony, with two prior convictions in above categories

    \_\_\_ Felony involving a minor victim, a firearm, destructive device or

    dangerous weapon or failure to register as a sex offender

     **X**  Serious risk defendant will flee – The defendant has no known ties to Maine. According to Canadian authorities he arrived in that country on April 1, 2026 traveling on a United Kingdom passport. He has a record of contact with U.S. immigration authorities. In this regard, in March 2025 his application to extend his visa

was denied and he departed the country in May 2025. At the time of his apprehension, the defendant was found with three other men hiding at the side of the road in a remote part of Maine. Law enforcement authorities are attempting to ascertain the purpose of his travel to Maine.

_____ Serious risk obstruction of justice

2. **Reasons for Detention:**

    i. Temporary Detention.

    _____

    _____

    _____

    ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure:

    _X_ Defendant's appearance as required

    ___ Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because:

    ___ Probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951 et seq.), or chapter 705 of

title 46.

_____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. **Date of Detention Hearing.** The United States requests that the detention hearing be held after a continuance of three days.

5. **Length of Detention Hearing.** The United States will require no more than a half hour to present its case for detention.

Date: April 7, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney


BY: */s/ Joel B. Casey*
Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Joel.Casey@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Phil Noland, Esq.
Counsel for the Defendant

ANDREW B. BENSON
United States Attorney

BY: */s/ Joel B. Casey*
Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Joel.Casey@usdoj.gov