## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

ALI MOHAMMED ALI ABDULLAH

No. _____

The undersigned complainant, being duly sworn, states:

### COUNT ONE
### (Entry Without Inspection)

On about April 3, 2026, in the District of Maine, the defendant,

### ALI MOHAMMED ALI ABDULLAH

an alien, did knowingly and unlawfully enter into the United States in Somerset County, in the State and District of Maine, from the country of Canada, at a place not designated by immigration officers as a lawful Port of Entry of the United States for the entrance of immigrants into the United States.

The defendant thus violated Title 8, United States Code, Section 1325(a)(1).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference.

Scott Hanton, Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: Apr 07 2026

City and state: Bangor, ME

_____
John C Nivison U.S. Magistrate Judge
*Judge's signature*
*Printed name and title*