AO 245H     Judgment in a Criminal Case for a Petty Offense

# UNITED STATES DISTRICT COURT

District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For a Petty Offense) — Short Form |
| | Case No.    1:26-mj-00112-JCN |
| ALI MOHAMMED ALI ABDULLAH | USM No. |

_____
Phil Noland, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☒ **THE DEFENDANT** pleaded guilty to count(s)    Count 1 _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8:1325(A)(1) | Entry without Inspection | April 3, 2026 | 1 |

☐ Count(s) _____    ☐ is   ☐ are dismissed on the motion of the United States.

**IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Time-Served

The defendant is remanded to the custody of the United States Marshal.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth:  2007

City and State of Defendant's Residence:
Liverpool England

_____
April 23, 2026
Date of Imposition of Judgment

_____
Signature of Judge

_____
John C. Nivison, U.S. Magistrate Judge
Name and Title of Judge

_____
April 23, 2026
Date